AUSA Delaviz

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan Omar Roa<br>Michael Alan Thomas<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  ♌:26 mj. 419

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 1, 2026 to June 13, 2026  in the county of  Knox  in the

Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1117 | -Conspiracy to commit murder |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher S. Betts, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **June 26, 2026**

_____
Norah McCann King, U.S. Magistrate Judge

City and state:  Columbus, Ohio

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher S. Betts, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.     I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force ("JTTF"), and a Detective for the Columbus Division of Police ("CPD") Counter Terrorism Unit and have been employed since December 2015. I am currently assigned to the FBI's Cincinnati Division, Columbus Resident Agency, Joint Terrorism Task Force. Previously, I graduated from Penn State University with a Master's Degree in Homeland Security: Counterterrorism and from The Ohio State University with a Bachelor's Degree in International Studies: Security and Intelligence. During my tenure with the FBI and Division of Police, I have investigated and participated in the investigation of domestic terrorism violations and, among other things, have conducted or participated in surveillances, reviews of records, and the executions of search and tracking warrants. From these experiences, and from training related to counterterrorism matters, I have become familiar with the ways in which persons conduct criminal activity online, to include but not limited to, the efforts persons involved in such activity take to disguise operations and avoid detection by law enforcement. I additionally have working knowledge coding websites, managing small networks, and server management. I have obtained the GIAC Security Essentials Certification from the GIAC (previously Global Information Assurance Certification).

2.     As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The information contained in this affidavit is either personally known to me, based upon my interview of various witnesses and review of various records and publicly available information, or has been relayed to me by other agents or sworn law enforcement personnel. Because this

1

affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning the investigation. I have only set forth facts to establish probable cause for the charges in the complaint.

3.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1117 (Conspiracy to Commit Murder within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 1111, and Conspiracy to Murder any Officer or Employee of the United States, in violation of 18 U.S.C. § 1114(a)) were committed by Bryan Omar Roa ("ROA") and Michael Alan Thomas ("THOMAS").

## SUMMARY OF PROBABLE CAUSE

4.     Multiple co-conspirators, including **ROA** and **THOMAS**, plotted to kill government officials and others attending the Ultimate Fighting Championship ("UFC") event that took place on June 14, 2026 on the White House lawn ("UFC Freedom 250"). According to public reporting, UFC Freedom 250 was a large public event with key members of the United States government in attendance, including the President of the United States.

5.     Specifically, during the investigation the FBI identified a group of conspirators who procured weapons and made plans to carry out an attack at UFC Freedom 250. Among other things, the co-conspirators discussed using drones to drop explosives on the north side of the White House to create panic and funnel event attendees toward locations where the co-conspirators would have snipers prepared to kill certain high value targets. As further described below, the conspirators' murder plot appears to have been motivated by their anti-government ideology.

6.     On June 12, 2026, one of the conspirators, Tycen C. Proper ("PROPER") was charged in the Southern District of Ohio via complaint for his involvement in this plot. The

2

day before (June 11, 2026), PROPER was interviewed by the FBI. During his interview, and as further described below, PROPER identified two other co-conspirators via their social media accounts, later identified as **ROA** and **THOMAS**, who live in the Central District of California and were also involved in planning for this attack.

7. On June 13, 2026, FBI searched residences belonging to **ROA** and **THOMAS** pursuant to federal search warrants. During the searches, agents found further evidence showing **ROA's** and **THOMAS'** involvement in the murder plot. Inside **ROA's** vehicle, agents found firearms, a tactical belt, and radios. Agents also seized **ROA's** cellular phone which, as described below, contained communications with co-conspirators about the attack plan. Inside **THOMAS'** residence, agents found a hunting rifle, an AR-style rifle, 30-round extended magazines for the AR-style rifle filled with approximately 180 rounds of ammunition, and a pistol. Additionally, **THOMAS** spoke with law enforcement and admitted to helping plan the attack and encouraging others to take part in it. During **ROA's** interview, he admitted to law enforcement that he attempted to drive to Washington, D.C. to protest UFC Freedom 250 but disclaimed any involvement in the conspiracy.

## PROBABLE CAUSE

### Ohio Law Enforcement Uncover a Plot to Attack UFC Freedom 250

8. Based on my conversations with other law enforcement officers, review of relevant reports, databases, videos, photos, and extracted digital evidence pursuant to search warrants, I understand the following:

9. On or about June 10, 2026, at approximately 9:18 p.m., officers with the Knox County Sheriff's Office and Danville Police Department in Ohio were dispatched to a residence in Danville, Ohio in reference to a disturbance. The caller, identified as Proper's mother ("D.P."), was concerned about a family member, identified as PROPER, due to his

3

recent conduct, including firearms purchases and communications with concerning individuals online.

10.     Officers arrived on scene at approximately 9:38 p.m. and spoke to PROPER. PROPER is a 19-year-old male who lives at that residence with two family members. When deputies spoke to a family member, A.P., he stated that PROPER recently met random people online and had been planning "recons" with these individuals. A.P. stated that PROPER was planning to leave on the upcoming weekend (the weekend of June 13, 2026) to meet up with these online individuals. A.P. further stated that PROPER had recently acquired camping gear, food, ballistic plates, a new shotgun, a rifle, "lots" of ammunition, extra magazines, and plate carriers.[1] PROPER allegedly spent approximately $3000 of his graduation money to purchase the previously described equipment.

11.     In addition to the above behavior, A.P. stated that PROPER also quit his job recently in preparation to meet the individuals he had been interacting with online to conduct "missions" and "recons." A.P. did not have any additional information about the identities of the people with whom PROPER was speaking.

12.     The Knox County Sheriff's Office took photos of the equipment acquired by PROPER which included several boxes of ammunition (estimated by law enforcement to be in the thousands of rounds of ammunition), two plate carriers with AR-style magazines, an AR-style rifle, and a bullpup rifle painted with the American flag.[2]

13.     This equipment was turned over voluntarily by the family to law enforcement.

---

[1] Based on my training and experience, I know that a plate carrier is a form of body armor used to shield the user from ballistics shot from a firearm.

[2] According to employees at a store in Knox County, Ohio, who were interviewed by law enforcement, on or about June 5, 2026, PROPER came into the store and purchased a bullpup shotgun. Firearms tracing records from the Bureau of Alcohol, Tobacco, Firearms and Explosives confirmed the purchase

4



14.     At the conclusion of the encounter, PROPER was transported by the Knox County Sheriff's Office to a local hospital where law enforcement submitted an application for an emergency admission based on his homicidal ideations.  The application detailed that PROPER had been thinking about joining the military or police force with the goal of being able to kill people.

15.     On June 11, 2026, the Knox County Sheriff's Office contacted the FBI as a result of its interactions with PROPER.

16.     On June 11, 2026, I contacted D.P. for a telephone interview for additional information.  During that interview, D.P. explained that PROPER had recently began interacting with a group online that was comprised of individuals who represented themselves as ex-military and that may share some Christian-based ideology.  She stated that she did not know the name of the group, but that they expressed ultra-religious and anti-government sentiments, specifically citing grievances about government corruption, the handling of the Epstein files, data centers taking up all the water in communities, and other government actions.  D.P. believed that these individuals were using religion to manipulate PROPER.

17.     In addition to the equipment and firearms PROPER had recently purchased, she stated that she observed him recently engaged in physical training, which she initially thought was to further his aspirations to join the military or police, but later learned it was in

5

relation to the online group in which he was participating.

18. D.P. detailed that PROPER's communications with these individuals largely occurred on PROPER's cellular device and provided a phone number for PROPER ending in -3044. She also stated that she recently observed PROPER researching and mapping locations in the area just northwest of Washington, D.C. She stated that she also observed additional images and maps being sent to him from unknown individuals through texts and Discord messages and would overhear PROPER talking to these individuals over the phone.

19. When D.P. asked PROPER what he was doing, he stated that he could not tell her exactly what he was doing, but that they were looking at multiple different locations and intended to conduct "recon" as well as "hit and run missions." When asked what D.P. thought PROPER meant when he said "hit and run missions," she said that she believed that it meant conducting shootings and then leaving.

### Law Enforcement Agents Search PROPER's Residence

20. On June 11, 2026, the FBI, in coordination with Ohio local law enforcement, executed a state search warrant of PROPER's home. During the search of PROPER's residence law enforcement recovered a journal from his room that included pages in which PROPER wrote that the government sought to control people and to sacrifice children and others to a demonic figure. The journal also had a list of approximately 46 names, which included celebrities and politicians. While on scene, investigators also observed a large quantity of boxes of spent ammunition, rounds of spent cartridge casings, and tactical clothing.

21. Law enforcement also obtained a state search warrant for PROPER's Apple iPhone which had been previously seized by the Knox County Sheriff's Office. During a preliminary review of the device, investigators observed chats on Signal groups that laid out

detailed plans to conduct an attack in Washington, D.C. with several unidentified co-conspirators. In those chats, law enforcement saw detailed imagery of the National Capitol Region and maps of the area with different potential sniper locations highlighted, potential drone launch locations identified, and other detailed tactical planning locations.

**PROPER Admitted the Co-Conspirators Planned to Attack UFC Freedom 250**

22. On June 11, 2026, FBI investigators traveled to Dublin Springs Mental Health center in Columbus, Ohio to interview PROPER.[3] The interview was consensual and took place in an unlocked room while a case worker was also present. During the interview, PROPER admitted to planning a coordinated attack against the United States government that would occur during UFC Freedom 250 which took place on the White House lawn in Washington, D.C., on Sunday, June 14, 2026.

23. PROPER explained that the plan involved staging a demonstration on the north side of the White House. While the demonstration was taking place, the group would fly small, unmanned aircraft (i.e. drones), laden with unspecified explosive devices, which would detonate over the north side of the UFC arena.[4] PROPER explained that the goal of detonating the unmanned aircraft was to force the crowd attending the UFC event and other high value targets ("HVTs") to evacuate to the south. PROPER said that the plan was then for the conspirators to act as snipers, with additional shooters, preferably with long guns, staged at the south of the White House to conduct shootings of the members of the crowd and HVTs as they fled from the explosives.

24. Based on public reporting, I am aware that a UFC event titled "UFC Freedom 250" took place on the lawn of the White House on Sunday, June 14, 2026. I am also aware

---

[3] As described below, PROPER was released from the mental health facility and arrested on a federal complaint.
[4] As detailed below, when law enforcement interviewed **ROA**, he described a nearly identical use of drones as a potential form of violence to enact political change.

7

that the President of the United States was in attendance at the event and also, based on news reports and open-source reporting, I know that politicians, including members of Congress, were at UFC Freedom 250, which drew a large crowd to Washington, D.C. Based on the location of UFC Freedom 250, which is on the White House grounds, I believe the area falls within the Special Maritime and Territorial Jurisdiction of the United States. *See* 18 U.S.C. § 7(3).

25. On June 12, 2026, FBI investigators interviewed PROPER again at the Dublin Springs Mental Health center. After receiving *Miranda* warnings, PROPER provided information that confirmed what he had stated to the FBI during his June 11, 2026, interview.

26. Based on law enforcement records, I know that on June 12, 2026, PROPER was charged by complaint in the Southern District of Ohio for his involvement in this plot. The Complaint charges PROPER with violations of 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States), 18 U.S.C. § 1114(a) (Attempted Murder of Any Officer or Employee of the United States), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence), and 18 U.S.C. § 924(h) (Receives or Transfers Firearm with Knowledge Firearm Will Be Used for a Felony).

### Information Obtained from PROPER's Phone Corroborates the Co-Conspirators' Plot to Attack the UFC Freedom 250 Event at the White House

27. Based on law enforcement reports, I know that the FBI has begun to review PROPER's cell phone and that this review has revealed chats in the encrypted messaging application SimpleX, wherein PROPER and several other coconspirators planned for an attack to occur on June 14, 2026.

28. For example, in chats on or about May 13, 2026, PROPER stated, "I got a possible target" and identified a U.S. Senator. In response to a question asking why PROPER wanted to target the Senator, he stated the Senator had "taken money from the Israel pro Israel

8

lobby and supports them." On May 31, 2026, PROPER sent several messages, leading with the text "These are people we're going to focus on," and then sent images of additional members of Congress. The four images of these four members of Congress appear to have been taken from the website "TrackAIPAC.com" and appear to include information about how much money each congressperson received "from pro-Israel PACS."

29. PROPER told law enforcement that there would be other Signal chats on his cell phone and that the members of this group were primarily recruited through TikTok. Once an individual had proven himself to be an established member of the group on TikTok, they were then transitioned to a vetted (and more secure) Signal chat. PROPER stated that the group exchanged videos, pictures of tactical kits, physical training proof, and other material through TikTok direct messages.

30. PROPER also provided investigators with the TikTok usernames of other individuals in the group. Those usernames that PROPER provided included, among others:

- TikTok username: @noble_0066 - UID 6772018651245446149 (believed to be associated with **ROA,** as described below); and

- TikTok username: @whiskey_six_actual – UID 6779367300937892869 (associated with **THOMAS,** as further described below).

31. PROPER told investigators that @noble_0066 (**ROA**), @whiskey_six_actual (**THOMAS**), and several other TikTok users had become members of the inner group by being vetted and had participated in Signal chats regarding the planned attack on June 14, 2026.

32. PROPER also indicated to investigators that he had been planning to drive to Washington, D.C., from Ohio, travelling through West Virginia. In West Virginia, he planned to meet another member of the online group and then drive with that individual the

rest of the way to Washington, D.C.

33.     Based on conversations with other law enforcement agents, I know that investigators ultimately identified that individual in West Virginia.  On June 12, 2026, the FBI interviewed the co-conspirator in West Virginia, who confirmed that he and others communicated online about attacking the UFC Freedom 250 event in Washington, D.C., but claimed that the members of the group had cancelled their attack plans on the morning of June 12, 2026.

34.     A review of PROPER's cell phone also revealed chats in the Signal application, consistent with much of what PROPER described.  In PROPER's phone, investigators could see that there was a large chat, consisting of approximately 19 individuals. There were also smaller chat groups, consisting of approximately 4-5 individuals.  These smaller chat groups were divided based on role assignments and locations, including by the locations which the co-conspirators would occupy and shoot from during the attack.  The review of PROPER's cell phone also showed the group discussing exit, escape, and evasion resources for the attack, including the location of a potential "safe house," and also potential exfiltration or escape routes for members of the group after the attack.  Some of the messages on PROPER's phone indicated that members of the group would travel from the area of the White House to the Potomac River and travel along the river to escape.

35.     During his June 11, 2026 interview, PROPER also suggested that he had purchased equipment for the attack for other individuals.

### The FBI Identifies ROA and THOMAS as Members of the Conspiracy Based on Communications with PROPER

36.     Based on conversations with other law enforcement personnel, I know that FBI personnel identified **ROA** and **THOMAS** as co-conspirators using information from **PROPER**'s TikTok account.

10

37.     During his June 11, 2026 interview, PROPER showed investigators the TikTok profiles of some of the individuals with whom he was conspiring to initiate the attack at UFC Freedom 250.  One of the TikTok accounts PROPER identified as a co-conspirator had the screenname "noble_0066."  This account included pictures of a user that was visible to investigators.  After obtaining this information, investigators issued an emergency disclosure request ("EDR") to TikTok for information regarding the noble_0066 account.  In response to the EDR, TikTok provided a phone number and email address.  Open-source social media queries using those identifiers led to identification of **ROA**.  Furthermore, a review of **ROA**'s California driver's license picture revealed that his picture is nearly identical to the individual whose picture appears on the "noble_0066" TikTok profile that PROPER identified as a participant in the conspiracy.

38.     On June 12, 2026, law enforcement reviewed **ROA's** social media accounts and saw public posts on Instagram Stories which included photographs of **ROA** conducting firearms training and engaging in tactical training in a remote area with another individual and by himself.

 

39.     During his voluntary interview with law enforcement on June 11, 2026,

PROPER said that an individual with the online username "Whiskey Six Amerika" was one of the primary individuals involved in planning the attack at UFC Freedom 250 and that this individual provided information during the planning phases.  During a review of PROPER's cellular phone, investigators identified Signal user "whiskey_six(CA) {Amerika}" as one of the co-conspirators.  This user—along with other co-conspirators—was in a Signal group called "Hunters."  During the review of PROPER's phone, investigators also located a SimpleX user with the name "Whiskey_Six{AmeriKa}."  That SimpleX user sent PROPER identifying documents showing that his true address was a residence in Pinon Hills, California, and that his true name was Michael **THOMAS**.

40.    The "Hunters" Signal group, which included **THOMAS**, PROPER, and other co-conspirators, contained detailed instructions for carrying out the attack at UFC Freedom 250, including plans to safely escape after the attack.  Below are some of the screenshots from PROPER's phone regarding these plans.  As indicated in the screenshots below, the conspirators exchanged aerial photos and maps of locations in and around Washington, D.C.—including the White House—and discussed where snipers should be placed and where drones should be launched.



**Law Enforcement Identifies Additional Communications Between ROA and THOMAS Regarding the Conspiracy**

41.     Based on my review of messages in the SimpleX application between users "Noble6" (identified as **ROA**) and "Whiskey_Six{Amerika}" (identified as **THOMAS**) as collected from PROPER's phone, **ROA** and **THOMAS** had discussions about weapons and tactical gear.

42.     I have also reviewed message on SimpleX between **ROA** and **THOMAS** in a chatroom titled "Vanguard of the Old Republic," which contained multiple other co-conspirators. Messages in this chatroom showcase **THOMAS'** violent ideology. For instance, on May 21, 2026, **THOMAS** wrote: "To be clear, I intend to escalate this group, and I don't want to take 6business years to do it" and that everyone in the group should "consider yourselves an enemy of the state." In response to another co-conspirator, **THOMAS** wrote

13

"Ok, big picture. Got it. So, to be precise, you're imagining executions right?"

43. On May 23, 2026, **THOMAS** described "tiers" of operators within their anti-government group, stating: "Tier 1 operators may be asked to put themselves in harms way, break the law, and potentially go into hiding. Tier 2 would consist of get away drivers, drone operators, and direct support. May still be asked to seriously break the law. Tier 3 may be a runner, or part of the Underground Railroad. Indirect support, recruitment, supply, logistics, tech.. still actively contributing, but most likely safe from legal issues. Tier 4 social media influencers, protesters, funders, press, followers…nobody being asked for much or taking any risks. Tier one status is not something to take lightly. You will be sacrificing for your country, and carrying a brunt of the weight. I want to make that clear that we will all sacrifice for tier one operators. We will make sure they have an escape plan, backup plan, transportation, three meals a dav and a defense position to hide out. All the tier 2 support we can provide. We will try to break them out of jail if we need to."

44. Additional messages in the same chatroom show that **ROA** and **THOMAS** both discussed living in Southern California and met on at least one occasion in the last month to practice marksmanship and tactics related to the group's violent anti-government ideology.

45. For instance, on May 22, 2026, **ROA** and **THOMAS** exchanged the following messages in the Vanguard of the Old Republic group chat:

Noble6: Anyone from Southern California

Noble6: Bro if you live in southern cali teach me

Whiskey_Six{Amerika} : I am

…

Noble6: I am willing to meet up for a beer bro if you're interested

Whiskey_Six{Amerika}: Now you're talking my language. I'm up the hill behind LA

14

Whiskey_Six{Amerika}: Pinon hills

Noble6: Yucaipa ca brotha

…

Noble6: I usually don't work weekend we should link up

46.     On May 24, 2026, they had the following exchange:

Whiskey_Six{Amerika}: @'Noble6 CA' you getting some sleep? Meet me at that gas station at 10 and I'll drive us to the spot in the truck. Or we'll come up with another plan. Bring targets and all your shit. I'll buy the beer.

Whiskey_Six{Amerika}:  Unless you wanna pick me up tonight and we do some night shooting, a camp out, and some day shooting before we go back home. Up to you.

Whiskey_Six{Amerika}: @'Noble6 CA' im going to sleep. Your destination is: [location on Mountain Rd Pinon Hills, CA 92372 United States] I will be ready for you anytime. My cell is [(***) ***]-1078. Call if you can't get ahold of me here.

…

Whiskey_Six{Amerika}: Noble 6 and I are going to be putting each other to the test tomorrow. I intend on having his marksman training knocked out completely tomorrow.

[approximately 17 hours later]

Whiskey_Six{Amerika}: Nah when noble gets home he'll tell ya I was huffing and puffing today went a little slow, and we didn't get to cover as many things as I was hoping to, but we definitely have a starting point.

47.     On May 25, 2026, **THOMAS** discussed his recent training exercise with **ROA,** writing in the Vanguard of the Old Republic chatroom:

Whiskey_Six{Amerika}: Yes… I've put some deliberation into what exactly we need

15

to train for. It occurred to me when I was with noble, that we're not going to be conducting the type of missions or combat that I did back in the day. It will be gorilla style warfare. There will be some raid attacks, which I've done before. But we'll also need to be creative, and more conservative. I learned a lot of lessons today.

Whiskey_Six{Amerika}: What we NEED is skilled operators to work like ghosts. Most missions that expect contact will be infiltration missions. And that won't be for a while. There's a lot we can do before we fight toe to toe.

Whiskey_Six{Amerika}: Noble and I trained on vehicle dismount, cover vs concealment, bounding, and basic marksmanship today.

48. Based on these chats, I believe that **THOMAS** and **ROA** were training to carry out an attack involving firearms to further the group's anti-government ideology.

49. On June 7, 2026, as plans were taking shape to carry out the attack at UFC Freedom 250, a co-conspirator wrote to **THOMAS** saying: "$1300 gets us the drones and the charges. Yes we should all pitch in and we need it asap @Whiskey_Six(Amerika) how much more do we need?" **THOMAS** replied, "Uhh, $800 I'm flat broke. I can pay in manpower though I bet you could come up with $100 in a week somehow. Maybe just hold a sign by the freeway saying "fund the freedom fighters."

**Law Enforcement Searches ROA's Residence on June 13, 2026**

50. On June 13, 2026, law enforcement executed a federal search warrant signed by the Honorable Anna Y. Park, United States Magistrate Judge for the Central District of California. During the search of **ROA's** residence and vehicle, law enforcement seized, among other items, the following:

- An AR-style rifle;

- A Glock 19 handgun;

16

- A tactical belt;

- An ammo can full of bullets;

- A two-way radio;

- A PEQ15 (an infared laser target pointer); and

- A rifle magazine.

51.     Additionally, during the execution of the search warrants, law enforcement interviewed **ROA**. During that interview, **ROA** said that he had planned to attend UFC Freedom 250 as a protester but that his vehicle malfunctioned and he had to return home. **ROA** also said that he would drive through Barstow on his way to Washington, D.C.[5] **ROA** also discussed how someone could hypothetically use drones armed with explosives to bomb buildings near the White House which would cause mass panic with limited deaths at UFC Freedom 250. **ROA** mentioned this as an example of how to use drones to enact political change in a more targeted way rather than indiscriminately killing people. As discussed above, the use of drones to drop explosives at UFC Freedom 250 was part of the operational plan described by PROPER and his coconspirators. Based on this exchange, I believe **ROA** was privy to the operational details of that plan.

52.     During the interviews of **ROA's** family members, his family members told law enforcement that **ROA** had alluded to traveling to Washington, D.C. For instance, **ROA** told D.R., that one day they would wake up and he would be gone, and that he intended to travel to Washington D.C. where "something big" would happen. On June 10, 2026, D.R. awoke to find that **ROA** had left.

53.     Multiple other family members (including D.R., S.R., D.R., D.R.S. and B.R.)

---

[5] Based on law enforcement reports, I know that on June 11, 2026, traffic cameras show that **ROA's** registered vehicle was located in Barstow, California.

told law enforcement that **ROA** had been planning a trip to Washington, D.C. **ROA's** family members also believed he intended to commit an act of violence during this trip due to his increased time spent shooting his weapons and a noticeable change in behavior including increased anxiety, irritation, and seclusion. Family members also stated that within the last 3 months, **ROA** began spending more time with a new group of online friends. Other family members told law enforcement that **ROA** seemed extremely agitated when he experienced mechanical difficulties with his vehicle earlier in the week of June 9, 2026. **ROA's** family considered reporting him to the police after he left but did not do so before he returned home.

### ROA's Phone Reveals Additional Communications with the Co-Conspirators

54. During the search of **ROA's** residence, law enforcement seized his mobile device. Law enforcement has begun to review that device and found additional communications between **ROA, THOMAS**, PROPER, and other members of the conspiracy.

55. For instance, in a SimpleX group chat titled "Ops Stage One (Vanguard of the Old Republic)," members of the conspiracy, including **THOMAS, ROA**, PROPER, and others, communicate about planning the attack at UFC Freedom 250. For example, in one message a user named Fulcrum[6] states that "once each team is mission ready the green light will be given and the drone rigged with explosives will fly [and] they will initiate the attack." After the attack begins, Fulcrum said, "rooftop snipers will initiate their part of the plan eliminating HVTs [high value targets]." Later on Fulcrum told the group: "we also need to come up with $1300 asap," to which **ROA** responded, "if we need the money asap we all need to contribute to pay, what do you think."

56. **ROA** also had private messages with members of the conspiracy over SimpleX

---

[6] Fulcrum has since been identified by the FBI and arrested in the Western District of Missouri, for his role in this conspiracy.

including **THOMAS** and Fulcrum. In private messages with Fulcrum, **ROA** asked him: "Any tips on researching with out getting traced.??" Fulcrum responded by provided **ROA** with instructions from a "tech friend" about how to evade law enforcement detection on the internet. Separately, **ROA** messaged **THOMAS**, over SimpleX, about purchasing tracers and magazines. **THOMAS** urged **ROA** to "Get signal. I want to pop you in a couple chats." Based on my review of **ROA's** phone I was able to determine that **ROA** had downloaded Signal on his phone but that the application had then been deleted, possibly at or around the time law enforcement executed the search warrant on June 13, 2026.

57. I have also reviewed **ROA's** Google maps history on his cellphone which showed that he had searched for various locations in Washington, D.C.

### THOMAS Admitted to Planning the UFC Freedom 250 Attack

58. On June 13, 2026, the FBI executed federal search warrants at **THOMAS'** residence that were authorized by the Honorable Anna Y. Park, United States Magistrate Judge for the Central District of California. During this search, agents seized a hunting rifle, an AR-style rifle, 30-round extended magazines for the AR-styles rifle filled with approximately 180 rounds of ammunition, and a pistol.

59. During the execution of the warrants, agents interviewed **THOMAS**. Agents were also able to review screenshots on **THOMAS'** phone which showed photos of Google Maps sections of the Washington D.C. area, including areas surrounding the White House. During the interview, **THOMAS** stated that he saw himself as the planner and advisor for the group, and while he was not willing to take action himself, he wanted to guide and instruct others on how to carry out attacks. **THOMAS** expressed frustration that some members of the group seemed non-committal and used excuses as to why they could not take action, particularly with the planned attack on the UFC Freedom 250 event. **THOMAS** said that the

19

aim of this and subsequent attacks was to create enough chaos to bring about the overthrow of the U.S. government. **THOMAS** indicated that he believes that the U.S. government is run by an elite group of individuals who sacrifice and consume infants who also were deeply involved with Jeffery Epstein and are now protected by President Donald Trump. **THOMAS** places some of the responsibility of this corruption of government with Jewish people and blames them and Israel for the current war with Iran.

60. On or about June 13, 2026, **ROA** and **THOMAS** were arrested in California.

## CONCLUSION

61. Based on the foregoing, there is probable cause to believe that violations of 18 U.S.C. § 1117 (Conspiracy to Commit Murder within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 1111, and Conspiracy to Murder any Officer or Employee of the United States, in violation of 18 U.S.C. § 1114(a)) were committed by **ROA** and **THOMAS**. I therefore respectfully request that warrants be issued authorizing the arrest of **ROA** and **THOMAS**.

Respectfully submitted,

Christopher S. Betts
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this 26th day of June, 2026.

Norah McCann King
United States Magistrate Judge