**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 2:26-CR-113(8)**
**JUDGE EDMUND A. SARGUS, JR.**

**MICHAEL ALAN THOMAS,**

**Defendant.**

**ORDER**

This matter is before the Court on counsel for defendant Michael Alan Thomas's Motion to Withdraw as Counsel and to Appoint New Counsel. (ECF No. 120.) The Court appreciates Brian Rigg's hard work in this case. For the reasons stated in the motion, the Court **GRANTS** (ECF No. 120) defendant Michael Alan Thomas's unopposed Motion to Withdraw as Counsel and to Appoint New Counsel. New CJA counsel shall be appointed for defendant Michael Alan Thomas.

**IT IS SO ORDERED.**

**11/24/2026**
**Date**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.,**
**UNITED STATES DISTRICT JUDGE**